IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TOBY BOATWRIGHT,  )
　　　　　　　　　　)
　　　　Plaintiff,  )　　CIVIL ACTION NO.: CV208-030
　　　　　　　　　　)
v.　　　　　　　　　)
　　　　　　　　　　)
UNITED STATES OF AMERICA,  )
　　　　　　　　　　)
　　　　Defendant.  )

## ORDER

After an independent and de novo review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed.

In his Objections, Plaintiff asserts that Defendant and the Magistrate Judge read too much into what Dr. Hein did not state in his records. Plaintiff also asserts that Dr. Chipi is a medical doctor and capable of determining a course of treatment, such as requesting that Plaintiff be transferred to a medical facility for surgery. Plaintiff refers the Court to Boatwright v. Chipi, et al., CV207-38, in support of his contention that Defendant's failure to provide treatment in a timely manner resulted in the progression of his injuries. Plaintiff contends that it is reasonable to conclude that Defendant chose not to treat Plaintiff due to monetary concerns, although Defendant was aware of the seriousness of his condition.

Plaintiff has not provided the Court with any evidence which demonstrates a causal connection between Defendant's alleged negligence and Plaintiff's injuries, as

noted in the Magistrate Judge's Report and Recommendation. Contrary to Plaintiff's opinion, nothing in Case Number CV207-38, a prior action filed by the Plaintiff and dismissed by this Court, lends proper support to Plaintiff's contention that the purported lack of timely treatment resulted in the progression of his injuries.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendant's Motion for Summary Judgment is **GRANTED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 29th day of September, 2009.

---
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE